**Fill in this information to identify the case:**

Debtor name **ARMG Holdings, LLC (FL)**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **19-14607-JKO**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

*I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 17, 2019**          x **/s/ Barry E. Mukamal**
                                          Signature of individual signing on behalf of Chapter 11 Trustee

                                          **Barry E. Mukamal, as Chapter 11 Trustee**
                                          Printed name

                                          _____
                                          Position or relationship to debtor

*The foregoing summary, schedules and statement of financial affairs were prepared by the Chapter 11 Trustee based upon the records and information gathered by the Trustee during the course of this Chapter 11 case. The records and information upon which the Trustee relied were prepared by the Debtor's insiders. The Trustee is unable, at this time, to independently confirm the accuracy of the records or the information presented. Moreover, the Trustee is unable to ascertain whether and to the extent the records and information are complete. As a result, the summary, schedules and statement of financial affairs are based upon the records and information available without representation by the Trustee as to their accuracy or completeness.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __ARMG Holdings, LLC (FL)__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __19-14607-JKO__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                  12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................. $ ___0.00___

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................... $ ___264,653.00___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................. $ ___264,653.00___

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ ___334,194.00___

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ ___0.00___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................... +$ ___2,177,000.00___

4. **Total liabilities** ..............................................................................................
   Lines 2 + 3a + 3b                                                                                          $ ___2,511,194.00___

| ARMG Holdings, LLC [FL] - SCHEDULE A & B | Value | | |
|---|---|---|---|
| **Part 1: Cash and cash equivalents** | | | |
| 1    Does the debtor have any cash or cash equivalents? | YES | | |
| 2    Cash on hand | $                   - | | |
| 3    Checking, savings, money market or financial brokerage accounts | | | |
|          BANK OF AMERICA: BUSINESS ADVANTAGE CHECKING; #1845 | $          2,770  (1) | | |
|          CHASE: PLATINUM BUSINESS CHECKING; #1163 | $        56,974  (1) | | |
|          CHASE: PLATINUM BUSINESS CHECKING; #1767 | $             744  (1) | | |
|          CHASE: PLATINUM BUSINESS CHECKING; #3335 | $        10,964  (1) | | |
| 4    Other cash equivalents (Identify all) | | | |
| 5    Total of Part 1 | $        71,453 | | |
|          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80 | | | |
|          (1) CASH BALANCE PER BANK RECORDS. | | | |
| **Part 2: Deposits and prepayments** | | | |
| 6    Does the debtor have any deposits or prepayments? | NO | | |
| 7    Deposits, including security deposits and utility deposits | | | |
| 8    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent | - | | |
|      Total of Part 2 | $                   - | | |
| **Part 3: Accounts receivable** | | | |
| 10    Does the debtor have any accounts receivable? | NO | | |
| 11a    90 days old or less | $                   - | | |
| 11b    Over 90 days old | $                   - | | |
| 12    Total of Part 3 | $                   - | | |
| **Part 4: Investments** | | | |
| 13    Does the Debtor own any investments | NO | | |
| 17    Total of Part 4 | | | |
| **Part 5: Inventory** | | | |
| 16    Does the debtor own any inventory | NO | | |
| 23    Total of Part 5 | $                   - | | |
| **Part 6: Farming & Fishing Assets** | | | |
| 27    Does the debtor own or lease any farming or fishing assets | NO | | |
| 33    Total of Part 6 | $                   - | | |
| **Part 7: Office Furniture, fixtures, equipment, collectibles** | | | |
| 38    Does the debtor own or lease any office furniture, fixtures------ | NO | | |
| 39    Office Furniture | *NBV* | *Value Method* | *Current Value* |
| | $                   - | | 0 |
| 40    Office Fixtures | | | |
| 41    Office equipment | | | |
| 42    Collectibles | | | |
| 43    Total of Part 7 | $                   - | | |
| 44    Is Depreciation schedule available for any of the property | NO | | |
| 45    Has any of the property listed in Part 7 been appraised | NO | | |
| **Part 8: Machinery, equipment & vehicles** | | | |
| 46    Does the debtor own or lease any machinery or vehicles | NO | | |
| 47    Autos, Vans, | *NBV* | *Value Method* | *Current Value* |
| 47.1        2016 Land Rover Autobiography  VIN: SALGV3EF7GA262190, Miles: 41,595 | UNKNOWN | Auctioneer's estimate | $          81,200 |
| 48    Watercraft, Trailers | NONE | | $                   - |

| | | | | |
|---|---|---|---|---|
| 49 | Aircraft and accessories | NONE | $ | - |
| 50 | Other machinery, fixtures | NONE | $ | - |
| 51 | Total of Part 8 | | | $ | 81,200 |
| 52 | Is Depreciation schedule available for any of the property | NO | | |
| 53 | Has any of the property listed in Part 8 been appraised | NO | | |

**Part 9:  Real Property**

| | | | |
|---|---|---|---|
| 54 | Does the debtor own or lease any real property | NO | |
| 55 | Any building, real estate land in which debtor has interest | NO | |
| 56 | Total of Part 9 | $ | - |
| 57 | Is Depreciation schedule available for any of the property | NO | |
| 58 | Has any of the property listed in Part 9 been appraised | NO | |

**Part 10:  Intangibles & Intellectual Property**

| | | |
|---|---|---|
| 59 | Does the debtor  have any interests in intangibles or intellectual property | NO |

**Part 11:  All Other Assets**

| | | | |
|---|---|---|---|
| 70 | Does the debtor  own any assets not yet reported | YES | |
| 71 | Notes Receivable | | |
| | BOOMTOWN HOLDING GROUP LLC-DE | $ | 112,000 |
| 72 | Tax Refunds and unused net operating losses | | |
| 73 | Interests in insurance policies | | |
| 74 | Causes of Action against third parties | | |
| 75 | Other Contingent /unliquidated claims | | |
| 76 | Trusts equitable or future interests in property | | |
| 77 | Other property of any kind not already listed | | |
| | | $ | - |
| 78 | Total of Part 11 | $ | 112,000 |
| 79 | Has any property been appraised | NO | |

**Part 12:  Summary**

| | | Personal | | Real Property |
|---|---|---|---|---|
| 80 | Cash | $ | 71,453 | |
| 81 | Deposits | $ | - | |
| 82 | Accounts Receivable | $ | - | |
| 83 | Investments | | | |
| 84 | Inventory | $ | - | |
| 85 | Farming & Fishing Related Assets | $ | - | |
| 86 | Office furniture fixtures | $ | - | |
| 87 | Machinery Vehicles | $ | 81,200 | |
| 88 | Real Property | | | $ | - |
| 89 | Intangibles & Intellectual Property | $ | - | |
| 90 | All Other Assets | $ | 112,000 | |
| 91 | Total | $ | 264,653 | $ | - |
| 92 | Total of all property on Sch A/B | | | $ | 264,653 |

**ARMG Holdings, LLC [FL] - SCHEDULE D:  SECURED CLAIMS**

| 1 | Do any creditors have claims secured by debtor's property | YES |
|---|---|---|

**Part 1: List creditors with secured claims**

|  |  | 2.1 | 2.2 | 2.3 | 2.4 | 2.5 |
|---|---|---|---|---|---|---|
| 2.1 | *Creditor* | Eric Cline and Shyla Cline | Boomtown Holding Group LLC-DE | Eric Cline 2018 Family Trust u/t/a dated July 26, 2018 | Shyla Cline 2018 Family Trust u/t/a dated July 26, 2018 | US Bank |
|  | *Mailing Address* | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 1401 W. Cypress Creek Road, Suite 101, Fort Lauderdale, FL 33309 | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | Florida Metro-Indirect Lending PO Box 790179, St. Louis, MO 63179 |
|  | *Email address* | N/A | N/A | N/A | N/A | N/A |
|  | *Date debt incurred* | 4/2/2019 | 4/9/2019 | 4/9/2019 | 4/9/2019 | 11/30/2015 |
|  | *Account # (last 4)* | N/A | N/A | N/A | N/A | 8286 |
|  | *Multiple Creditors?* | YES | YES | YES | YES | NO |
|  | *Describe Liened Property* | Tangible and Intagible Property | Tangible and Intagible Property | Tangible and Intagible Property | Tangible and Intagible Property | 2016 Land Rover |
|  | *Describe Lien* | N/A | N/A | N/A | N/A | N/A |
|  | *Insider/Related* | YES | YES | YES | YES | YES |
|  | *Anyone else liable on claim* | UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN | Eric Cline |
|  | *Is Claim C,U,D?* | Disputed | Disputed | Disputed | Disputed | Disputed |
|  | *Col A: Amount of Claim* | $170,000 | $16,330 | $56,000 | $56,000 | $35,864 |
|  | *Col B: Collateral Value* | UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN | UNKNOWN |

## ARMG Holdings, LLC [FL] - SCHEDULE E: PRIORITY CLAIMS

### Part 1: List creditors with priority unsecured claims

1   Do any creditors have priority unsecured claims                    NO

2   List in alphabetical order all creditors with priority unsecured claims, in whole or part

|  | 2.1 |
|---|---|

*Creditor*
*Mailing address*


*Date debt incurred*
*Account # (4 digits)*
*Code subsection*
*Is Claim C, U, D*
*Basis for Claim*
*Claim subject to offset*
*Total Claim*
*Priority Amount*

**ARMG Holdings, LLC [FL] - Schedule E/F: Creditors Who Have Unsecured Claims**

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**
3. List in alphabetical order all of the creditors with nonpriority unsecured claims.

| Nonpriority creditor's name and mailing address | Address | Date or dates debt was incurred | Last 4 digits of account number | Amount of Claim | Contingent, Unliquidated, Disputed | Basis for the claim | Is the claim subject to offset? |
|---|---|---|---|---|---|---|---|
| Berger Singerman Law | 350 East Las Olas Boulevard, Suite 1000 Fort Lauderdale, FL 33301 | Unknown | | Other | 151,000.00 | | |
| Bilzin Sumberg Law | 1450 Brickell Ave 23rd Floor, Miami, FL 33131 | Unknown | | Other | 26,000.00 | | |
| CardConnect | 1000 Continental Drive, Ste. 600, King of Prussia, PA 19406 | Unknown | | Other | Unknown | Contingent | |
| Complete Merchant Solutions | 815 West University Parkway, Orem, UT 84058 | 05/19/14 | | Other | Unknown | Contingent | |
| National Bank of California | Irvine Headquarters, 19752 MacArthur Blvd., Suite 100, Irvine, CA 92612 | 05/19/14 | | Other | Unknown | Contingent | |
| Wyndham Vacation Ownership, Inc. | c/o Alfred J. Bennington, Jr., Shutts & Bowen, Keens Point, 6114 Greatwater Drive, Windermere, FL 34786 | Unknown | | Other | 1,000,000.00 | Contingent Unliquidated Disputed | Pending Litigation |
| Bluegreen Vacations Unlimited, Inc. | c/o Christian Leger, GreyRobinson, PA, Wells Fargo Bldg., Suite 3200, 333 SE 2nd Avenue, Miami, FL 33131 | Unknown | | Other | 1,000,000.00 | Contingent Unliquidated Disputed | Pending Litigation |
| | | | | | 2,177,000.00 | | |

## ARMG Holdings, LLC [FL] - SCHEDULE G:  EXECUTORY CONTRACTS AND UNEXPIRED LEASES

1    Does the Debtor have executory
     contracts & unexpired leases                                    NO

2    List all contracts and unexpired leases

2.1    *Contract*
       *Nature of Debtor's Interest*
       *Term Remaining*
       *Contract # for Govt Contract*

## ARMG Holdings, LLC [FL] - SCHEDULE H:  CODEBTORS

1 Does the Debtor have any codebtors | Yes

2.1 *Name of CoDebtor* | Eric Cline
*Mailing Address* | 2506 Barcelona Drive, Fort Lauderdale, FL 33301
*Creditor* | US Bank
*Check Schedules that apply* |

Fill in this information to identify the case:

Debtor name: ARMG Holdings, LLC (FL)

United States Bankruptcy Court for the: Southern    District of: Florida
                                                             (State)

Case number (If known): 19-14607

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2019<br>MM / DD / YYYY | to Filing date | ☒ Operating a business<br>☐ Other _____ | $ 213,471.74 |
   | **For prior year:** | From 01/01/2018<br>MM / DD / YYYY | to 12/31/2018<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 21,483,115.81 |
   | **For the year before that:** | From 01/01/2017<br>MM / DD / YYYY | to 12/31/2017<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 17,559,071.50 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $ _____ |
   | **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |
   | **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |

| Debtor | ARMG Holdings, LLC (FL) | Case number (if known) 19-14607 |
|---|---|---|
| | Name | |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None    See attached Schedule 1

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City                    State        ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City                    State        ZIP Code | | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | | | | _____ |
| | City                    State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | $ | _____ |
| | Insider's name | | | _____ |
| | Street | | | _____ |
| | | | | _____ |
| | City            ·       State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Debtor | ARMG Holdings, LLC (FL) | | Case number (if known) | 19-14607 |
|---|---|---|---|---|
| | Name | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State        ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State        ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | BLUEGREEN VACATIONS V. AMERICAN RESOURCE GROUP ET. AL. | COMPLAINT FOR DAMAGES AND INJUCTIVE RELIEF | Name   DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION    Street | ☒ Pending ☐ On appeal ☐ Concluded |
| | Case number | | | |
| | 6:18-CV-2188 | | City          State        ZIP Code | |
| 7.2. | WYNDHAM VACATION ET AL. V AMERICAN RESOURCE GROUP ET. AL. | COMPLAINT FOR DAMAGES AND INJUCTIVE RELIEF | Court or agency's name and address   DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA - WEST PALM BEACH DIVISION    Name    Street | ☒ Pending ☐ On appeal ☐ Concluded |
| | Case number | | | |
| | 9: 18-cv-81055 | | City          State        ZIP Code | |

Debtor    ARMG Holdings, LLC
_____
Name

Case number (if known)    19-14607
_____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | _____ | Name |
| | Case number | Street |
| City    State    ZIP Code | _____ | City    State    ZIP Code |
| | Date of order or assignment | |
| | _____ | |

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | _____ | _____ | $_____ |
| | Street | _____ | | |
| | City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | _____ | _____ | $_____ |
| | Street | _____ | | |
| | City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

| Debtor | ARMG Holdings, LLC (FL) | Case number (if known) | 19-146007 |
|---|---|---|---|
| | Name | | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
|  | **Address** | _____ | | |
|  | _____ | | | |
|  | Street | | | |
|  | _____ | | | |
|  | City          State          ZIP Code | | | |
|  | **Email or website address** | | | |
|  | _____ | | | |
|  | **Who made the payment, if not debtor?** | | | |
|  | _____ | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
|  | **Address** | _____ | | |
|  | _____ | | | |
|  | Street | | | |
|  | _____ | | | |
|  | City          State          ZIP Code | | | |
|  | **Email or website address** | | | |
|  | _____ | | | |
|  | **Who made the payment, if not debtor?** | | | |
|  | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

|  | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
|  | _____ | _____ | _____ | $_____ |
|  | **Trustee** | _____ | | |
|  | _____ | | | |

Debtor  ARMG Holdings, LLC (FL)                     Case number (if known) 19-14607
        _____                 _____
        Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City       State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City       State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | | Dates of occupancy |
|---|---|---|---|
| 14.1. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City       State    ZIP Code | | |
| 14.2. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City       State    ZIP Code | | |

| Debtor | ARMG Holdings, LLC (FL) | Case number (if known) | 19-14607 |
|---|---|---|---|
| | Name | | |

**Part 8:**　**Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | *Check all that apply:* |
| _____ City     State     ZIP Code | _____ | ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | *Check all that apply:* |
| _____ City     State     ZIP Code | _____ | ☐ Electronically ☐ Paper |

**Part 9:**　**Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained. Personal contact information and details of time share units owned

Does the debtor have a privacy policy about that information?

☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ __ – __ __ __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No
☐ Yes

| Debtor | ARMG Holdings, LLC (FL) | Case number *(if known)* 19-14607 |
|---|---|---|
| | Name | |

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| | _____ Street | | | | |
| | _____ City        State        ZIP Code | | | | |
| 18.2. | _____ Name | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| | _____ Street | | | | |
| | _____ City        State        ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | _____ | _____ | ☐ No |
| _____ Street | _____ | _____ | ☐ Yes |
| _____ City        State        ZIP Code | _____ Address | _____ | |
| | _____ | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | _____ | _____ | ☐ No |
| _____ Street | _____ | _____ | ☐ Yes |
| _____ City        State        ZIP Code | _____ Address | | |
| | _____ | | |

---

| Debtor | ARMG Holdings, LLC (FL) | Case number _(if known)_ 19-14607 |
|---|---|---|
| | Name | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list property leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City        State        ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | Street | | |
| | _____ | | |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

Debtor   ARMG Holdings, LLC (FL)                                           Case number _(if known)_   19-14607
         _____
         Name

---

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | _____ | _____ |
| _____ Street | _____ Street | _____ | |
| _____ ____ _____ City      State    ZIP Code | _____ ____ _____ City      State    ZIP Code | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | Name Boomtown Holding Group, LLC (DE) | _____ | EIN: 82 – 4694300 |
| | Street 1401 W Cypress Creek Rd, Suite 101 | _____ | **Dates business existed** |
| | Fort Lauderdale      FL      33309 | _____ | From Oct 2018  To Present |
| | City      State    ZIP Code | | |
| 25.2. | Name _____ | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street _____ | _____ | **Dates business existed** |
| | City      State    ZIP Code | _____ | From _____  To _____ |
| 25.3. | Name _____ | _____ | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street _____ | _____ | **Dates business existed** |
| | City      State    ZIP Code | _____ | From _____  To _____ |

---

| Debtor | ARMG Holdings, LLC (FL) | | Case number (if known) | 19-14607 |
|---|---|---|---|---|
| | Name | | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | **Name and address** | | | **Dates of service** |
|---|---|---|---|---|
| 26a.1. | Name  Chris O'Neal | | | From _May 2017_  To _Present_ |
| | Street | | | |
| | 1401 W Cypress Road, Suite 101 | | | |
| | Fort Lauderdale | FL | 33309 | |
| | City | State | ZIP Code | |

| | **Name and address** | | | **Dates of service** |
|---|---|---|---|---|
| 26a.2. | Keefe, McCullough & Co. LLP | | | From _____  To _2017_ |
| | Name | | | |
| | 6550 N Federal Highway, Suite 410 | | | |
| | Street | | | |
| | Fort Lauderdale | FL | 33308 | |
| | City | State | ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | **Name and address** | | | **Dates of service** |
|---|---|---|---|---|
| 26b.1. | | | | From _____  To _2018_ |
| | Name | | | |
| | BDO USA, LLP | | | |
| | Street | | | |
| | 100 SE 2nd St. 17th Floor Miami Tower | FL | 33131 | |
| | City | State | ZIP Code | |

| | **Name and address** | | | **Dates of service** |
|---|---|---|---|---|
| 26b.2. | | | | From _____  To _____ |
| | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| | **Name and address** | | **If any books of account and records are unavailable, explain why** |
|---|---|---|---|
| 26c.1. | | | |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

---

Debtor    ARMG Holdings, LLC (FL)_____    Case number (if known)___19-14607_____
          Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | | |
| | Name | _____ |
| | Street | _____ |
| | | _____ |
| | City                State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | Name | BDO USA, LLP |
|---|---|---|
| | Street | 100 SE 2nd St., 17th Floor Miami Tower |
| | Miami | FL          333131 |
| | City | State          ZIP Code |

**Name and address**

| 26d.2. | Name | |
|---|---|---|
| | Street | |
| | City | State          ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

| 27.1. | Name | |
|---|---|---|
| | Street | |
| | City | State          ZIP Code |

Debtor    ARMG Holdings, LLC (FL)                                    Case number (if known)    19-14607
_____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.
Name _____

Street _____

City _____ State _____ ZIP Code _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric Cline | 1401 W Cypress Creek Road Suite 101 Fort Lauderdale, FL 33309 | President | _____ |
| Shyla Cline | 1401 W Cypress Creek Road Suite 101 Fort Lauderdale, FL 33309 | Chief Executive Officer | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

[X] No

[ ] Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

[ ] No

[X] Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name    **See attached Schedule 2** | _____ | _____ | _____ |
| Street _____ | | _____ | |
| _____ | | | |
| City _____ State ____ ZIP Code ____ | | _____ | |
| Relationship to debtor | | _____ | |

| Debtor | ARMG Holdings, LLC (FL) | Case number (if known) | 19-14607 |
| | Name | | 19-14607 |

| | | $204,000.00 - Rolls Royce | 03/29/2019 | UNKNOWN |

30.2

Name  Eric and Shyla Cline

Street  2506 Barcelona Drive

City  Fort Lauderdale          State  FL          ZIP Code  33301

Relationship to debtor
Principals

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 17, 2019**
              MM  /  DD  / YYYY

✖ /s/ Barry E. Mukamal                      Printed name  **Barry E. Mukamal, as Chapter 11 Trustee**

Signature of individual signing on behalf of Chapter 11 Trustee

Position or relationship to debtor _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☒ Yes

SCHEDULE 1

9:37 AM
05/08/19
Accrual Basis

# Transactions by Account
## As of April 9, 2019

ARMG Holdings - 90 day disbursements for the period from January 9, 2019 through April 9, 2019 with aggregate disbursements greater than $6,825.
Source: QuickBooks

| Account | Type | Date | Num | Adj | Name | Memo | Clr | Split | Credit |
|---|---|---|---|---|---|---|---|---|---|
| Chase - 1163 | Check | 01/10/2019 | 15212 | | Boomtown Consulting, LLC | | √ | -SPLIT- | 50,000.00 |
| | | | | | Boomtown Consulting, LLC Total | | | | 50,000.00 |
| ARMG FL BOA | Check | 03/28/2019 | 8 | | Boomtown Holding Group LLC | Online Banking transfer to CHK 3948 | | Due from Boomtown Holdings Grou | 170,000.00 |
| ARMG FL BOA | Check | 04/09/2019 | 9 | | Boomtown Holding Group LLC | Online Banking transfer to CHK 3948 | | Due from Boomtown Holdings Grou | 112,000.00 |
| | | | | | Boomtown Holding Group LLC Total | | | | 282,000.00 |
| ARMG FL BOA | Check | 02/05/2019 | 2 | | Eric Cline 2018 Family Trust | Online Banking transfer to CHK 8253 | | EC Family Trust | 80,190.00 |
| ARMG FL BOA | Check | 02/19/2019 | 7 | | Eric Cline 2018 Family Trust | Online Banking transfer to CHK 8253 | | EC Family Trust | 25,112.52 |
| | | | | | Eric Cline 2018 Family Trust Total | | | | 105,302.52 |
| Chase - 1163 | Check | 01/11/2019 | 4121 | | RNR Reconcilation | | √ | Suspense account | 14,804.22 |
| | | | | | RNR Reconcilation Total | | | | 14,804.22 |
| ARMG FL BOA | Check | 03/28/2019 | 1 | | Rolls Royce | Customer Withdrawal Image | | Loan Rolls Royce | 203,962.67 |
| | | | | | Rolls Royce Total | | | | 203,962.67 |
| ARMG FL BOA | Check | 02/05/2019 | 10 | | Shyla Cline 2018 Family Trust | Online Banking transfer to CHK 8802 | | SC Family Trust | 80,190.00 |
| ARMG FL BOA | Check | 02/19/2019 | 6 | | Shyla Cline 2018 Family Trust | Online Banking transfer to CHK 8802 | | SC Family Trust | 25,112.52 |
| | | | | | Shyla Cline 2018 Family Trust Total | | | | 105,302.52 |
| | | | | | Grand Total | | | | 761,371.93 |

ARMG FL - 1 year disbursements to insiders for the period from April 9, 2018 through April 9, 2019.

SCHEDULE 2

| Date | Insider | Address | Amount | Reason |
|------|---------|---------|--------|--------|
| 04/10/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | $ 100,000.00 | Management Fee |
| 04/23/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 200,000.00 | Management Fee |
| 04/25/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 100,000.00 | Management Fee |
| 05/03/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 130,000.00 | Management Fee |
| 05/09/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 27,000.00 | Management Fee |
| 05/09/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 130,000.00 | Management Fee |
| 05/15/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 200,000.00 | Management Fee |
| 05/31/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 230,000.00 | Management Fee |
| 06/07/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 120,000.00 | Management Fee |
| 06/14/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 150,000.00 | Management Fee |
| 06/27/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 210,000.00 | Management Fee |
| 07/09/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 150,000.00 | Management Fee |
| 07/10/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 120,000.00 | Management Fee |
| 07/18/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 40,000.00 | Management Fee |
| 07/25/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 70,000.00 | Management Fee |
| 08/02/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 320,000.00 | Management Fee |
| 08/13/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 75,000.00 | Management Fee |
| 08/16/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 160,000.00 | Management Fee |
| 08/20/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 100,000.00 | Management Fee |
| 08/27/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 80,000.00 | Management Fee |
| 09/06/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 180,000.00 | Management Fee |
| 09/14/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 50,000.00 | Management Fee |
| 09/19/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 60,000.00 | Management Fee |
| 09/27/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 140,000.00 | Management Fee |
| 10/03/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 140,000.00 | Management Fee |
| 10/11/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 60,000.00 | Management Fee |
| 10/17/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 240,000.00 | Management Fee |
| 12/18/18 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 405,000.00 | Management Fee |
| 01/10/19 | Boomtown Consulting, LLC | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 50,000.00 | Management Fee |
| | **Boomtown Consulting, LLC Total** | | **4,037,000.00** | |
| 02/05/19 | Eric Cline 2018 Family Trust | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 80,190.00 | Shareholder Distribution |
| 02/19/19 | Eric Cline 2018 Family Trust | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 25,112.52 | Shareholder Distribution |
| | **Eric Cline 2018 Family Trust Total** | | **105,302.52** | |
| 04/10/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 50,000.00 | Management Fee |
| 04/23/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 100,000.00 | Management Fee |
| 04/25/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 50,000.00 | Management Fee |
| 05/03/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 65,000.00 | Management Fee |
| 05/09/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 13,500.00 | Management Fee |
| 05/15/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 100,000.00 | Management Fee |
| 05/31/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 115,000.00 | Management Fee |
| 06/07/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 60,000.00 | Management Fee |
| 06/14/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 75,000.00 | Management Fee |
| 06/27/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 105,000.00 | Management Fee |
| 07/09/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 75,000.00 | Management Fee |
| 07/10/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 60,000.00 | Management Fee |
| 07/18/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 20,000.00 | Management Fee |
| 07/25/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 35,000.00 | Management Fee |
| 08/02/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 160,000.00 | Management Fee |
| 08/13/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 37,500.00 | Management Fee |
| 08/16/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 80,000.00 | Management Fee |
| 08/20/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 50,000.00 | Management Fee |
| 08/23/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 4,595.00 | Reimbursement |
| 08/27/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 40,000.00 | Management Fee |
| 09/06/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 90,000.00 | Management Fee |
| 09/14/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 25,000.00 | Management Fee |
| 09/19/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 30,000.00 | Management Fee |
| 09/27/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 70,000.00 | Management Fee |
| 10/03/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 70,000.00 | Management Fee |

**ARMG FL - 1 year disbursements to insiders for the period from April 9, 2018 through April 9, 2019.**    SCHEDULE 2

| Date | Insider | Address | Amount | Reason |
|------|---------|---------|--------|--------|
| 10/11/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 30,000.00 | Management Fee |
| 10/17/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 120,000.00 | Management Fee |
| 10/28/18 | Morse Family Holdings, LLC | 930 NE 16th Ave, Fort Lauderdale, FL 33309 | 100,000.00 | Management Fee |
| | **Morse Family Holdings, LLC Total** | | **1,830,595.00** | |
| 02/05/19 | Shyla Cline 2018 Family Trust | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 80,190.00 | Shareholder Distribution |
| 02/19/19 | Shyla Cline 2018 Family Trust | 2506 Barcelona Drive, Fort Lauderdale, FL 33301 | 25,112.52 | Shareholder Distribution |
| | **Shyla Cline 2018 Family Trust Total** | | **105,302.52** | |
| | **Grand Total** | | **$ 6,078,200.04** | |